**DISMISS and Opinion Filed May 9, 2022**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-21-00869-CV**

**IN THE INTEREST OF C.C.B., A CHILD**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-53400-2012**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Smith
Opinion by Chief Justice Burns

Appellant's brief in this case is overdue. On February 2, 2022, we notified appellant his brief was overdue. Thereafter, appellant filed two motions to extend time to file his brief, which we granted, making his brief due by March 24, 2022. On March 29, 2022 we again directed appellant by postcard to file the brief within ten days and cautioned him that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed his brief.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.3(a)(1); 42.3(b),(c).


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

210869F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF C.C.B., A CHILD, Appellant

No. 05-21-00869-CV

On Appeal from the 429th Judicial District Court, Collin County, Texas Trial Court Cause No. 429-53400-2012.
Opinion delivered by Chief Justice Burns. Justices Molberg and Goldstein participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered May 9, 2022